**08 CV 4549**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ELSEVIER, INC.,                          :    Index No.

               Plaintiff,          :

       v.                              :

DOES 1-10,                               :

            Defendants.         :

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RECEIVED MAY 16 2008 U.S.D.C. S.D. N.Y. CASHIERS

       Plaintiff Elsevier, Inc. ("Elsevier"), by its attorneys DeVore & DeMarco LLP, for its complaint against Defendants, alleges as follows:

### NATURE OF THE ACTION

    1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*), arising from the Defendants' unlawful use and distribution of Elsevier's copyrighted property.

    2.     Elsevier is an internationally recognized publisher of academic journals and textbooks.  Its products are available for purchase through its website and through its authorized salespeople.

    3.     In a well-orchestrated scheme, the Defendants gained unauthorized access to Elsevier's copyrighted materials and sold them over the Internet for a substantially reduced fee – in some cases at a 92% discount.  Defendants created phony e-mail accounts and websites to disseminate advertisements for these printed materials and sent targeted e-mails to individuals Defendants determined to be interested in Elsevier's products.  Without Elsevier's permission,

Defendants sold access to digital copies of these printed and digital copies of Elsevier's copyrighted materials, and in doing so blatantly infringed upon Elsevier's copyrights. Defendants have taken numerous, highly sophisticated steps to conceal their identities, including setting up e-mail accounts under phony names and addresses. To further mask their illegal conduct, Defendants directed the profits from their unlawful scheme into multiple bank accounts in multiple names in several different countries. As a result of their extensive efforts to conceal their identities, Elsevier has been unable to identify the Defendants by true name, capacity, residence or citizenship.

## PARTIES

4.      Plaintiff Elsevier, Inc. ("Elsevier") is a New York corporation with its principal place of business at 360 Park Avenue South, New York, New York 10010. Elsevier is engaged in the publishing, marketing and sale of academic textbooks and journals in the fields of science and health in paper and digital formats.

5.      Elsevier is unaware of the true names and capacities of the individuals named as defendants in this Complaint as Does 1-10 (collectively, "Defendants"), and their residence and citizenship is also unknown. Elsevier will amend its Complaint to allege the names, capacities, residence and citizenship of the Defendants when their identities are learned. Defendants are the owners, operators, advertisers and senders of the e-mail and websites at issue in this case. Each of the Defendants is responsible in some manner for the occurrences alleged in this Complaint and for proximately causing the damages to Elsevier as alleged in this Complaint.

6.      Defendants' actions alleged in the Complaint were undertaken by each Defendant individually, were actions that each Defendant caused to occur, authorized, controlled, directed, or had the ability to authorize, control, or direct, and/or were actions in which each Defendant

2

assisted, participated, or otherwise encouraged, and are actions for which each Defendant is liable. Each Defendant aided and abetted the actions of the Defendants as alleged in the Complaint, in that each Defendant had knowledge of those actions, provided assistance, and benefitted from those actions, in whole or in part. Each of the Defendants was the agent of each of the remaining Defendants, and in doing the things alleged in the Complaint, was acting within the course and scope of such agency and with the consent and permission of the remaining Defendants.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

8.      Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identity of each Defendant is unknown to Elsevier at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the Elsevier copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by the Elsevier. Such illegal dissemination occurred in every jurisdiction in the United States, including the Southern District of New York. In addition, on information and belief, each Defendant contracted with an Internet Service Provider found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringement here.

3

## FACTUAL ALLEGATIONS

**Elsevier's Copyrighted Works**

9.      Elsevier publishes, markets, and sells academic textbooks and journals on science and health topics. The majority of Elsevier's sales are to universities, governmental entities, educational institutions, and hospitals, which can purchase both hard copy volumes of Elsevier's products and access to Elsevier's digital libraries. These institutional subscribers can in turn allow their students, researchers, and staff to access Elsevier's products for educational purposes. Elsevier also sells subscriptions of its products to "Associated Persons" (*e.g.*, prior or current authors), who may purchase individual subscriptions for a reduced price. In addition, in collaboration with the World Health Organization, Elsevier provides free access to digital versions of its publications to a limited number of academic, research, and governmental institutions located in certain countries in the developing world.

10.     The use of Elsevier's materials by every subscriber and other authorized user is governed by a comprehensive End User License Agreement or similar agreement ("EULA") which strictly limits the permissible ways in which Elsevier's materials can be used. Among other things, the EULAs prohibit all authorized users of Elsevier's materials from seeking to profit by copying and re-selling Elsevier's materials, electronically or by other means, without Elsevier's permission.

11.     Elsevier owns the copyrights to all of its products. For example, Transfer of Copyright Agreements obtained from authors of articles in Elsevier publications specifically provide that Elsevier owns the copyrights "in the manuscript ... and any supplemental tables, illustrations or other information submitted therewith ... in all forms and media ... throughout

4

the world, in all languages[.]" In addition, Elsevier has filed Certificates of Registration with the United States Copyright Office for certain of its publications.

12. Elsevier does not sell, and does not authorize any other person or entity to sell, any of its copyrighted materials except through Elsevier directly or its authorized parties or licensees.

**Defendants' Infringement on Elsevier's Copyrights: First Infringing Website**

13. In September 2007, Elsevier became aware that an unknown person or persons had transmitted unsolicited e-mail advertisements informing the recipients that journals and textbooks protected by Elsevier's copyrights were available for sale on the Internet.

14. The true identity of the owner of the e-mail account used to send these advertisements is not known at this time.

15. Elsevier subsequently learned that an unknown person or persons had created a website ("First Infringing Website") through which Elsevier's copyrighted materials could be purchased for a fraction of the authorized retail price.

16. The true identity of the owner of the First Infringing Website is not known at this time.

**Defendants' Infringement on Elsevier's Copyrights: Second Infringing Website**

17. On or about December 11, 2007, Elsevier learned of a second website with content similar to the First Infringing Website ("Second Infringing Website"). The Second Infringing Website also offered Elsevier's copyrighted materials for sale at a fraction of the authorized retail price.

18. The true identity of the owner of the Second Infringing Website is not known at this time.

19.     On information and belief, the First Infringing Website and the Second Infringing Website are owned and/or operated by the same person or persons.

20.     On information and belief, e-mail advertisements for both the First and Second Infringing Websites are targeted according to the interests and specialties of the recipient.

21.     On information and belief, Defendants' conduct as alleged involves interstate and foreign commerce.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

22.     Elsevier incorporates by reference the allegations contained in ¶¶ 1-21 above.

23.     Elsevier is, and at all relevant times has been, the copyright owner of exclusive rights under United States copyright law with respect to certain copyrighted materials, including, but not limited to, all of the copyrighted journals listed in Exhibit A to this Complaint (collectively, the "Copyrighted Works"). Certain of these Copyrighted Works are based outside of the United States and are therefore protected under the Berne Convention for the Protection of Literary and Artistic Works. Others are United States works and are protected by Registration Certificates on file with the United States Copyright Office. Representative samples of Copyright Transfer Agreements for articles contained in Elsevier journals and Certificates of Registration are annexed hereto as Exhibit B.

24.     Among the exclusive rights granted to the Elsevier under the Copyright Act are the exclusive rights to reproduce the Copyrighted Works and to distribute the Copyrighted Works to the public.

25.     Elsevier is informed and believes that each Defendant, without the permission or consent of Elsevier, has used, and continues to use, an online system to download, distribute to

6

the public, and/or make available for distribution to others, certain of the Copyrighted Works. In doing so, each Defendant has violated Elsevier's exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Elsevier's copyrights and/or exclusive rights under copyright.

26.     Elsevier is informed and believes that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Elsevier.

27.     As a result of each Defendant's infringement on Elsevier's copyrights and exclusive rights under copyright, Elsevier is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each of the Copyrighted Works. Elsevier further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

28.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Elsevier great and irreparable injury that cannot fully be compensated or measured in money. Elsevier has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Elsevier is entitled to injunctive relief prohibiting each Defendant from further infringing Elsevier's copyright, and ordering that each Defendant destroy all copies of Copyrighted Works made in violation of Elsevier's exclusive rights.

WHEREFORE, Elsevier respectfully requests that the Court enter a judgment against each Defendant as follows:

a.   for an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing upon Elsevier's rights under federal or state law in the Copyrighted Works and any

written work, whether now in existence or later created, that is owned or controlled by Elsevier (or any parent, subsidiary, or affiliate of Elsevier) ('Elsevier's Works'), including, without limitation, by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Elsevier's Works, to distribute (*i.e.*, upload) any of Elsevier's Works, or to make any of Elsevier's Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Elsevier. Defendant shall also destroy all copies of Elsevier's Works that Defendant has downloaded onto any computer hard drive or server without Elsevier's authorization and shall destroy all copies of those downloaded Works transferred onto any physical medium or device in Defendant's possession, custody or control.";

b.      for statutory damages for each infringement of each Copyrighted Work pursuant to 17 U.S.C. § 504;

c.      for Elsevier's costs, disbursements and attorneys' fees incurred in connection with this action; and

d.      for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 13, 2008

Respectfully submitted,

DEVORE & DEMARCO LLP

By: _____
    Joseph V. DeMarco (JVD-3499)
    99 Park Avenue – 16th Floor
    New York, NY 10016
    (212) 922-9499

Attorneys for Plaintiff

8

# EXHIBIT A

## Exhibit A

Acta Materialia
Aquaculture
Bioelectrochemistry
Biomaterials
Biophysical Chemistry
Carbohydrate Research
Chemical Physics
Chemical Physics Letters
Clinica Chimica Acta
Comparative Biochemistry and Physiology
Comparative Biochemistry and Physiology Part A: Physiology
Comparative Biochemistry and Physiology Part A: Molecular & Integrative Physiology
Composites
Composites Part A: Applied Science and Manufacturing
Composites Part B: Engineering
Composites Science and Technology
European Journal of Pharmacology
FEMS Microbiology Letters
Food Chemistry
Free Radical Biology and Medicine
Gene
Journal of Colloid and Interface Science
Journal of Ethnopharmacology
Journal of Immunological Methods
Journal of Magnetism and Magnetic Materials
Journal of Materials Processing Technology
Journal of Molecular Catalysis
Journal of Molecular Catalysis A: Chemical
Journal of Molecular Catalysis B: Enzymatic
Materials Letters
Pain
Pharmacology Biochemistry and Behavior
Phytochemistry
Plant Science
Polymer
Respiratory Physiology & Neurobiology
Tetrahedron
Tetrahedron Letters
Toxicology
Toxicology and Applied Pharmacology
Toxicology Letters
Toxicon
Trends in Biochemical Sciences

# EXHIBIT B

Contact Author Support
Print

# JOURNAL PUBLISHING AGREEMENT

## YOUR DETAILS

| | |
|---|---|
| Article: | **Cyanogenesis in Plants and Arthropods** |
| Corresponding author: | **Dr. Birger L. Moller** |
| Journal: | **Phytochemistry** |
| Our Reference: | **PHYTO9200** |
| PII: | **S0031-9422(08)00104-0** |
| DOI: | **10.1016/j.phytochem.2008.02.019** |

## YOUR STATUS

I am one author signing on behalf of all co-authors of the manuscript

## FUNDING

The underlying research reported in the article was not funded by any of the listed funding bodies

## DATA PROTECTION

I do wish to receive news, promotions and special offers about products and services from Elsevier Ltd and its affiliated companies worldwide.

## ASSIGNMENT OF PUBLISHING RIGHTS

I hereby assign to Elsevier Ltd the copyright in the manuscript identified above (government authors not electing to transfer agree to assign a non-exclusive licence) and any supplemental tables, illustrations or other information submitted therewith that are intended for publication as part of or as a supplement to the manuscript (the "Article") in all forms and media (whether now known or hereafter developed), throughout the world, in all languages, for the full term of copyright, effective when and if the article is accepted for publication. This transfer includes the right to provide the Article in electronic and online forms and systems.

## RETENTION OF RIGHTS FOR SCHOLARLY PURPOSES

I understand that I retain or am hereby granted (without the need to obtain further permission) rights to use certain versions of the Article for certain scholarly purposes, as described and defined below ("Retained Rights"), and that no rights in patents, trademarks or other intellectual property rights are transferred to the journal.
The Retained Rights include the right to use the Pre-print or Accepted Authors Manuscript for Personal Use, Internal Institutional Use and for Scholarly Posting; and the Published Journal Article for Personal Use and Internal Institutional Use.

## AUTHOR WARRANTIES / ETHICS AND DISCLOSURE

I affirm the Author Warranties noted below, and confirm that I have reviewed and complied with the relevant Instructions to Authors, the Ethics in Publishing policy, and Conflicts of Interest disclosure. For further information see the journal home page or elsevier.com.

### Author warranties

The article I have submitted to the journal for review is original, has been written by the stated authors and has not been published elsewhere.
The article is not currently being considered for publication by any other journal and will not be submitted for such review while under review by this journal.
The article contains no libellous or other unlawful statements and does not contain any materials that violate any personal or proprietary rights of any other person or entity.
I have obtained written permission from copyright owners for any excerpts from copyrighted works that are included and have credited the sources in my article.
If the article was prepared jointly with other authors, I have informed the co-author(s) of the

terms of this publishing agreement and that I am signing on their behalf as their agent, and I am authorized to do so.

## FUNDING AGENCY REQUIREMENTS AND OTHER POLICIES

I have also been made aware of the journal's policies with respect to funding agency requirements such as the NIH 'PublicAccess' policy, and the rapid publication 'ArticlesInPress' service. See elsevier.com for details.
For more information about the definitions relating to this agreement click here.

**I have read and agree to the terms of the Journal Publishing Agreement.**
**1st March 2008**

T-copyright-v12/2008

Contact Author Support
Print

# JOURNAL PUBLISHING AGREEMENT

### Elsevier Ltd

## YOUR DETAILS

| | |
|---|---|
| Article: | FeCl3: An efficient catalyst for reactions of electron-rich arenes with imines or aziridines |
| Corresponding author: | Dr. Jie Wu |
| Journal: | Tetrahedron |
| Our Reference: | TET17866 |
| PII: | S0040-4020(08)00613-3 |
| DOI: | 10.1016/j.tet.2008.03.081 |

## YOUR STATUS

I am one author signing on behalf of all co-authors of the manuscript

## FUNDING

The underlying research reported in the article was not funded by any of the listed funding bodies

## DATA PROTECTION

I do not wish to receive news, promotions and special offers about products and services from Elsevier Ltd and its affiliated companies worldwide.

## ASSIGNMENT OF PUBLISHING RIGHTS

I hereby assign to Elsevier Ltd the copyright in the manuscript identified above (government authors not electing to transfer agree to assign a non-exclusive licence) and any supplemental tables, illustrations or other information submitted therewith that are intended for publication as part of or as a supplement to the manuscript (the "Article") in all forms and media (whether now known or hereafter developed), throughout the world, in all languages, for the full term of copyright, effective when and if the article is accepted for publication. This transfer includes the right to provide the Article in electronic and online forms and systems.

## RETENTION OF RIGHTS FOR SCHOLARLY PURPOSES

I understand that I retain or am hereby granted (without the need to obtain further permission) rights to use certain versions of the Article for certain scholarly purposes, as described and defined below ("Retained Rights"), and that no rights in patents, trademarks or other intellectual property rights are transferred to the journal.
The Retained Rights include the right to use the Pre-print or Accepted Authors Manuscript for Personal Use, Internal Institutional Use and for Scholarly Posting; and the Published Journal Article for Personal Use and Internal Institutional Use.

## AUTHOR WARRANTIES / ETHICS AND DISCLOSURE

I affirm the Author Warranties noted below, and confirm that I have reviewed and complied with the relevant Instructions to Authors, the Ethics in Publishing policy, and Conflicts of Interest disclosure. For further information see the journal home page or elsevier.com.

### Author warranties

The article I have submitted to the journal for review is original, has been written by the stated authors and has not been published elsewhere.
The article is not currently being considered for publication by any other journal and will not be submitted for such review while under review by this journal.
The article contains no libellous or other unlawful statements and does not contain any materials that violate any personal or proprietary rights of any other person or entity.
I have obtained written permission from copyright owners for any excerpts from copyrighted

works that are included and have credited the sources in my article.

If the article was prepared jointly with other authors, I have informed the co-author(s) of the terms of this publishing agreement and that I am signing on their behalf as their agent, and I am authorized to do so.

## FUNDING AGENCY REQUIREMENTS AND OTHER POLICIES

I have also been made aware of the journal's policies with respect to funding agency requirements such as the NIH 'PublicAccess' policy, and the rapid publication 'ArticlesInPress' service. See elsevier.com for details.
For more information about the definitions relating to this agreement click here.

**I have read and agree to the terms of the Journal Publishing Agreement.**

**10th April 2008**

T-copyright-v13/2008

Contact Author Support
Print

# JOURNAL PUBLISHING AGREEMENT

**Elsevier Ltd**

## YOUR DETAILS

| | |
|---|---|
| **Article:** | Novel copper hydride-promoted 1,3-rearrangement of alpha-allenylcyclopropane systems to methylenecyclopentenes |
| **Corresponding author:** | Prof. K. Hiroi |
| **Journal:** | Tetrahedron Letters |
| **Our Reference:** | TETL33996 |
| **PII:** | S0040-4039(08)00679-5 |
| **DOI:** | 10.1016/j.tetlet.2008.04.031 |

## YOUR STATUS

I am one author signing on behalf of all co-authors of the manuscript
I am signing on behalf of the corresponding author.
**Name/Job title/Company:** Kunio Hiroi, Professor, Ph.D., Ohu University

## FUNDING

The underlying research reported in the article was not funded by any of the listed funding bodies

## DATA PROTECTION

I do wish to receive news, promotions and special offers about products and services from Elsevier Ltd and its affiliated companies worldwide.

## ASSIGNMENT OF PUBLISHING RIGHTS

I hereby assign to Elsevier Ltd the copyright in the manuscript identified above (government authors not electing to transfer agree to assign a non-exclusive licence) and any supplemental tables, illustrations or other information submitted therewith that are intended for publication as part of or as a supplement to the manuscript (the "Article") in all forms and media (whether now known or hereafter developed), throughout the world, in all languages, for the full term of copyright, effective when and if the article is accepted for publication. This transfer includes the right to provide the Article in electronic and online forms and systems.

## RETENTION OF RIGHTS FOR SCHOLARLY PURPOSES

I understand that I retain or am hereby granted (without the need to obtain further permission) rights to use certain versions of the Article for certain scholarly purposes, as described and defined below ("Retained Rights"), and that no rights in patents, trademarks or other intellectual property rights are transferred to the journal.
The Retained Rights include the right to use the Pre-print or Accepted Authors Manuscript for Personal Use, Internal Institutional Use and for Scholarly Posting; and the Published Journal Article for Personal Use and Internal Institutional Use.

## AUTHOR WARRANTIES / ETHICS AND DISCLOSURE

I affirm the Author Warranties noted below, and confirm that I have reviewed and complied with the relevant Instructions to Authors, the Ethics in Publishing policy, and Conflicts of Interest disclosure. For further information see the journal home page or elsevier.com.
### Author warranties
The article I have submitted to the journal for review is original, has been written by the stated authors and has not been published elsewhere.
The article is not currently being considered for publication by any other journal and will not be submitted for such review while under review by this journal.
The article contains no libellous or other unlawful statements and does not contain any

materials that violate any personal or proprietary rights of any other person or entity.
I have obtained written permission from copyright owners for any excerpts from copyrighted works that are included and have credited the sources in my article.
If the article was prepared jointly with other authors, I have informed the co-author(s) of the terms of this publishing agreement and that I am signing on their behalf as their agent, and I am authorized to do so.

## FUNDING AGENCY REQUIREMENTS AND OTHER POLICIES

I have also been made aware of the journal's policies with respect to funding agency requirements such as the NIH 'PublicAccess' policy, and the rapid publication 'ArticlesInPress' service. See elsevier.com for details.
For more information about the definitions relating to this agreement click here.

   **I have read and agree to the terms of the Journal Publishing Agreement.**
**22nd April 2008**

T-copyright-v13/2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/Group**



TX 6-633-288

EFFECTIVE DATE OF REGISTRATION

**OCT 3 1 2007**

APPLICATION RECEIVED

OCT 3 1 2007

ONE DEPOSIT RECEIVED

OCT 3 1 2007

EXAMINED BY    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title

**TITLE ▼**
FREE RADICAL BIOLOGY & MEDICINE

**ISSN ▼**
0891-5849

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 43 | 3 | August 1, 2007 | July 13, 2007 |
| 2. | 43 | 4 | August 15, 2007 | July 26, 2007 |
| 3. | 43 | 5 | September 1, 2007 | August 8, 2007 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Elsevier Inc.
525 B Street, Suite 1900
San Diego, CA 92101-4495

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ▼ *Hannah*    Typed or printed name  Hannah Norman

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Hannah Norman    Daytime telephone  (619) 699-6792
Address (if other than given below)

Fax  (619) 699-6270    Email  h.norman@elsevier.com

Certificate will be mailed in window envelope to this address:

**Name ▼**
Hannah Norman, Contracts Dept.
**Number/Street/Apt ▼**
Elsevier Inc., 525 B Street, Suite 1900
**City/State/ZIP ▼**
San Diego, CA 92101-4495

**DEPOSIT ACCOUNT**
Account number  DA92687
Name of account
Elsevier Shared Service Center

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ℗ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-632-994

EFFECTIVE DATE OF REGISTRATION

DEC 16 2007
APPLICATION RECEIVED

DEC 16 2007
ONE DEPOSIT RECEIVED

DEC 16 2007

EXAMINED BY _____    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

**TITLE ▼**

TOXICOLOGY AND APPLIED PHARMACOLOGY

**ISSN ▼** 0041-008X

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 224 | 2 | October 15, 2007 | October 12, 2007 |
| 2. | 224 | 3 | November 1, 2007 | November 1, 2007 |
| 3. | 225 | 1 | November 15, 2007 | November 12, 2007 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**
Elsevier Inc.
525 B Street, Suite 1900
San Diego, CA 92101-4495

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name **Cecilia Vega**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name **Cecilia Vega**    Daytime telephone **(619) 699-6399**
Address (if other than given below) _____

Fax **(619) 699-6270**    Email **c.vega@elsevier.com**

Certificate will be mailed in window envelope to this address:

Name ▼ Cecilia Vega, Contracts Dept.
Number/Street/Apt ▼ Elsevier Inc., 525 B Street, Suite 1900
City/State/ZIP ▼ San Diego, CA 92101-4495

**DEPOSIT ACCOUNT**
Account number **DA92687**
Name of account **Elsevier Shared Service Center**

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ⊕ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021