JUDGE SCHEINDLIN

08 CV 4549

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ELSEVIER, INC.,

          Plaintiff,

   v.

DOES 1-10,

          Defendants.

------------------------------------X

Index No.

RULE 7.1 STATEMENT



Plaintiff Elsevier, Inc. is not a publicly held corporation. Elsevier, Inc. is wholly owned by parent corporation Elsevier STM Inc.

Dated: New York, New York
     May 13, 2008

                       Respectfully submitted,

                       DEVORE & DEMARCO LLP

                       By: _____
                       Joseph V. DeMarco (JVD-3499)
                       99 Park Avenue – 16th floor
                       New York, NY 10016
                       (212) 922-9499

                       Attorneys for Plaintiff